U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

MAR 18 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

CHRIS CLEMENTS,

    Plaintiff,

vs.

GC SERVICES, LP; and DOES 1 through 10, inclusive,

    Defendants.

CASE NO.: 6:12-cv-03064

## ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff, CHRIS CLEMENTS against Defendants, GC SERVICES, LP; and DOES 1 through 10, inclusive are dismissed, with prejudice. Plaintiff CHRIS CLEMENTS, and Defendant, GC SERVICES, LP shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: March 17, 2014

                                          U.S. District Court Judge
                                          Western District of Louisiana

1